No. 199, Misc. COPLEY *v.* SWEET ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Motion for leave to file petition for writ of mandamus also denied. Petitioner *pro se. Richard H. Paulson* for respondents.

No. 188, Misc. McNELIS *v.* PENNSYLVANIA BOARD OF PAROLE ET AL.;

No. 196, Misc. MORTON *v.* BROWNELL, ATTORNEY GENERAL;

No. 203, Misc. HICKOX *v.* RAGEN, WARDEN, ET AL.;

No. 226, Misc. PRINCE *v.* VIRGINIA;

No. 227, Misc. FREY *v.* MAILLER, CHAIRMAN, NEW YORK STATE PAROLE BOARD, ET AL.;

No. 236, Misc. CURTIS *v.* BUCHKOE, WARDEN;

No. 237, Misc. NEWSTEAD *v.* NASH, WARDEN; and

No. 239, Misc. MEDLIN *v.* CLEMMER, DIRECTOR, DEPARTMENT OF CORRECTIONS, DISTRICT OF COLUMBIA, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 192, Misc. WHITE *v.* HAFFRON, SUPERINTENDENT, ELGIN STATE HOSPITAL, ELGIN, ILLINOIS. Motion for leave to file petition for writ of mandamus denied.

No. 205, Misc. FARRIS *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, CENTRAL DIVISION; and

No. 210, Misc. McNELIS *v.* PENNSYLVANIA BOARD OF PAROLE ET AL. Motions for leave to file petitions for writs of certiorari denied.